UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI
Case No. 08-20168-CIV-Jordan/Torres

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD. , ZION ROOTSWEAR L.C., and FAMOUS STARS & STRAPS, INC. <br> Plaintiffs, <br><br> v. <br><br> SKETCH IT GRAPHICS, INC. and GADI SELA, Individually and as officer, director, employee and shareholder of SKETCH IT GRAPHICS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CONSENT ORDER

Pursuant to their Agreement, Plaintiffs Fifty Six Hope Road Music Ltd. Zion Rootswear, LC and Famous Stars & Straps, Inc. (collectively "Plaintiffs") and Sketch It Graphics and Gadi Sela (hereinafter collectively "Defendants"), hereby stipulate to the entry of this Consent Order as follows:

WHEREAS, Hope Road is the owner of a Federal Trademark Registration 2,349,361 in and to the name of Bob Marley, Registration No. 2,820,741 in and to the name Bob Marley and the Wailers, and further is the holder of rights of publicity/privacy and other proprietary rights in and to the name, image and likeness of Bob Marley ("Marley Rights").

WHEREAS, Famous is the owner of a federal trademark registration for: "Famous Stars & Straps" registration no. 2675218 (hereinafter "Famous Rights")

Now therefore, the Parties hereby stipulate and agree as follows:

1. The Defendants, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling any goods which bear the Marley Rights;

2. The Defendants, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling any goods which bear the Famous Rights;

3. The Defendants shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

4. The Defendants shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Famous goods;

5. The Defendants shall refrain from infringing Plaintiffs' established proprietary rights in the Marley Rights and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, any goods which bear the Marley Rights or any confusingly similar variations thereof;

6. The Defendants shall refrain from infringing Plaintiffs' established proprietary rights in the Famous Rights and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, any goods which bear the Famous Rights or any confusingly similar variations thereof;

7. The Defendants shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of counterfeit Marley goods or any colorable variations or imitations thereof;

2

8. The Defendants shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of counterfeit Famous goods or any colorable variations or imitations thereof;

9. The Defendants shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in the Marley Rights by holding themselves out as having any business relationship with the Plaintiffs;

10. The Defendants shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in the Famous Rights by holding themselves out as having any business relationship with the Plaintiffs;

11. The Defendants shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Marley goods as genuine goods of Plaintiffs;

12. The Defendants shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Famous goods as genuine goods of Plaintiffs;

13. The Defendants shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights and/or any colorable variations or imitations thereof; and

14. The Defendants shall refrain from buying, selling or in any way dealing with counterfeit Famous goods or any goods bearing a copy of the Famous Rights and/or any colorable variations or imitations thereof;

15. The Parties agree that, upon entry of this Consent Order, counsel for Plaintiffs shall submit a stipulated dismissal of this action with prejudice with regard to those claims against the Defendants.

Respectfully submitted,

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD. ZION ROOTSWEAR, LC. & FAMOUS STARS & STRAPS, INC.<br>By its attorneys,<br><br>*/s/ Timothy J. Ervin*<br>TIMOTHY J. ERVIN<br>GALLANT & ERVIN, LLC<br>One Olde North Road, Ste. 103<br>Chelmsford, MA 01824<br>(978) 256-6041<br>Fax: (978) 256-7977<br>Email: tim@gallant-ervin.com | SKETCH IT GRAPHICS, INC. & GADI SELA<br>By their Attorneys,<br><br>*/s/ Elan I. Baret*<br>ELAN I. BARET<br>Gerstein & Baret, P.A.<br>3007 W. Commercial Blvd, Ste 105<br>Ft. Lauderdale, FL 33309<br>(954) 486-9966<br>Fax: (954) 585-9196<br>Email: baretlaw@gmail.com |

Local Counsel,
FIFTY-SIX HOPE ROAD MUSIC, LTD.
ZION ROOTSWEAR, L.C., FAMOUS
STARS & STRAPS, INC.

By its attorneys,

*/s/ Mark E. Stein*

Mark E. Stein, Esq.
Lott & Friedland, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134
(305) 448-7089
Fax: (305) 446-6191
Email: mestein@lfiplaw.com

4

**DONE AND ORDERED** in Chambers, Miami, Florida, on this \_\_11th\_\_ day of August, 2008.

*/s/ Adalberto Jordan*
Honorable Adalberto Jordan
United States District Judge

cc:   All counsel of record